IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TEAMSTERS LOCAL UNION NO. 727 HEALTH AND WELFARE FUND, TEAMSTERS LOCAL UNION NO. 727 PENSION FUND and TEAMSTERS LOCAL UNION NO. 727 LEGAL AND EDUCATIONAL ASSISTANCE FUND, | ) ) ) ) ) ) ) | 1:12-CV-5486 Judge Aspen |
| Plaintiffs, v. | ) ) ) | Magistrate Judge Finnegan |
| EDWARD R. PARKER, individually and d/b/a PREFERRED SERVICES, Defendant. | ) ) ) ) ) | |

**MOTION TO VACATE ORDER OF DISMISSAL, TO REINSTATE ACTION,
AND FOR ENTRY OF JUDGMENT**

NOW COME the Plaintiffs and moves this Honorable Court to vacate Order of Dismissal entered on March 28, 2013, a copy of which is attached hereto as Plaintiffs' Exhibit "A", and to reinstate Plaintiffs' cause of action instanter, and for entry of judgment against the Defendant.

In support of Plaintiffs' Motion, Plaintiffs state as follows:

1) Although Counsel, Robert B. Greenberg, had diaried the Status Call set for March 28, 2013, at 10:30 A.M., due to a number of telephonic conferences on that date with respect to matters in the United Stated District Court, Northern District of Indiana, he inadvertently neglected to appear for the Status before Judge Aspen.

2) That it was Attorney Greenberg's intention to request the Court for a new Status date, and to file a Motion for Default Judgment on March 28, 2013.

WHEREFORE, Plaintiffs pray that the Order of Dismissal be vacated instanter, Plaintiffs' cause of action be reinstated, and that judgment enter in favor of Plaintiffs and against the Defendant in the amount of $66,673.09, as and for the outstanding delinquencies and accrued interest calculated pursuant to the Motion for Default Judgment filed herewith.

/s/ Robert B. Greenberg
Asher, Gittler & D'Alba, Ltd.
200 West Jackson Boulevard, Suite 1900
Chicago, Illinois 60606
(312) 263-1500
Fax: (312) 263-1520
rbg@ulaw.com
IL ARDC#: 01047558

Dated: April 3, 2013